01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  UNITED STATES OF AMERICA,      )   CASE NO.: 05-331M
                                    )
10          Plaintiff,              )
                                    )
11       v.                         )   DETENTION ORDER
                                    )
12  SERGEY ZARODNYUK,               )
                                    )
13          Defendant.              )
    _____ )
14

15  <u>Offense charged</u>:

16       Conspiracy to Deal Firearms without a License; Dealing Firearms without a License;

17  Possession of an Unregistered Firearm

18  <u>Date of Detention Hearing</u>:   July 6, 2005

19       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

21  that no condition or combination of conditions which defendant can meet will reasonably assure

22  the appearance of defendant as required and the safety of other persons and the community.

23       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

24       (1)    Defendant is charged by complaint with conspiring with another individual to

25  purchase firearms and firearm parts in the Ukraine and elsewhere to be shipped to the United

26  States and sold.  Defendant is also charged with possessing two machine guns not registered to

him.

(2) Defendant was born in the Soviet Union. He has resided in the United States since 1993 and is a United States citizen. His wife and two children reside in Seattle with him. The rest of his family reside in the Ukraine. He has traveled to the Ukraine on a number of occasions since moving to the United States.

(3) According to Pretrial Services, the defendant is the subject of a protection order prohibiting him from any contact with his ex-wife, and prohibits him from possessing and/or purchasing a firearm or other weapon.

(4) Defendant poses a risk of flight due to his contacts in the Ukraine, lack of ties to this District, with the exception of his Ukrainian-born wife and two children, and frequent, recent travel overseas. He presents a risk of danger due to the nature of the charges which involved the alleged importation of a significant quantity of firearms and firearm parts into the United States. In addition, the inference, if the instant charges are proven, that he violated a protection order restricting him from possessing or purchasing firearms or weapons, would establish a history of violating court orders.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of July, 2005.

/s/ MARY ALICE THEILER
United States Magistrate Judge